# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that, pursuant to the Executive Committee Order entered on May 18, 2012, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable John Z. Lee, therefore

IT IS HEREBY ORDERED That the attached list of 323 cases be reassigned to the Honorable John Z. Lee

IT IS FURTHER ORDERED that this order shall become effective on Tuesday, June 5, 2012.


**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**


_____
James F. Holderman
Chief Judge

Dated at Chicago, Illinois this 1st day of June, 2012.

Cases to be Reassigned From Judge Rubén Castillo
to the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 10 C 05197 | Genocide Victims of Krajina v. L-3 C |
| 11 C 02512 | McGee v. City of Chicago, et al. |
| 11 C 04669 | Brinson v. Ghosh, et al. |
| 12 C 00178 | Brinson v. Robinson, et al. |
| 11 C 06184 | Lubenkov v. JP Morgan Chase & Co. |
| 11 C 07664 | Pollack v. Morton Grove Medical |
| 11 C 08348 | Colon v. Chandler |
| 12 C 00287 | Tavares Hunt, et al. v. Superintendent Bradley, et al. |
| 12 C 01005 | ASC Insulation, Inc. v. Laborer's Local 582 |
| 12 C 01434 | Mattingly, et al. v. United Winthrop Tower Cooperative, Inc. |
| 12 C 01998 | SHZ Inc, et al. v. Village of East Hazel Crest, et al. |
| 12 C 02582 | Moreland, et al. v. City of Zion, et al. |
| 12 C 02902 | Heidbreder Building Group, LLC v. A & C Global, Inc., et al. |
| 12 C 03278 | Reid v. Meyers, et al. |
| 12 C 03441 | Burks v. NCO Financial Systems, Inc. |

Cases to be Reassigned From Judge Edmond E. Chang
to the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 06 C 04951 | Myers v. Wickes Furniture Co., Inc. |
| 09 C 02641 | Condon v. City of Chicago, et al. |
| 09 C 07369 | Williams v. Pierce, et al. |
| 10 C 05132 | Hosick v. Chicago State University, et al. |
| 11 C 01024 | Tamas v. Family Video Movie Club |
| 11 C 03720 | David v. Donahoe |
| 11 C 05843 | Land Air Sea Systems, Inc. v. U.S. Fleet Tracking Corp. |
| 11 C 07186 | Cook Composites and Polymers v General Chauffeurs |
| 11 C 08458 | Williams v. Kubis, et al. |
| 11 C 09299 | Naperville Smart Meter Awareness v. City of Naperville |
| 12 C 00941 | Ross v. Safety-Kleen Systems |
| 12 C 01551 | Miller v. Walker, et al. |
| 12 C 01552 | Miller v. C.C.D.O.C., et al. |
| 12 C 02282 | United States of America v. Gherbrem |
| 12 C 03062 | Laborers Pension Fund et al. v. B&E Acquatics, Inc. |

Cases to be Reassigned From Judge Sharon Johnson Coleman
to the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 07 C 00437 | White v. Monohan, et al. |
| 09 C 05191 | Charles v. Astrue |
| 10 C 03598 | Anderson v. Guaranteed Rate, Inc., et al. |
| 10 C 07606 | Gillard v. City of Chicago, et al. |
| 11 C 01092 | Krok, et al. v. University of Chicago |
| 11 C 02956 | Felony Franks, Inc., et al. v. City of Chicago, et al. |
| 11 C 04016 | American National Insurance v. American National Investment |
| 11 C 06356 | Arrington v. NCAA |
| 11 C 06816 | Owens, et al. v. NCAA |
| 11 C 07594 | Woodard, et al. v. Victory Records, Inc. |
| 11 C 09179 | Woodfork v. Community Nursing & Rehabilitation Center |
| 12 C 00461 | Smith . v. Gentile, et al. |
| 12 C 01275 | Mangialardi v. Astrue |
| 12 C 01796 | James Noda v. Gardner, et al. |
| 12 C 03112 | Sheet Metal Local 265 Welfare Fund v. M & M Sheet Metal |

Cases to be Reassigned From Judge John W. Darrah
to the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 08 C 02107 | Fountain v. Dart, et al. |
| 10 C 04304 | Smizer v. Community Mennonite Early Learning Center |
| 10 C 07826 | Laborers' Pension Fund v. Rangel Construction |
| 11 C 01173 | Quinn v. Hardy, et al. |
| 11 C 03176 | Almaraz v. Roberto's Landscaping |
| 11 C 05283 | Hall v. Village of Flossmoor Police |
| 11 C 06815 | Chicago Carpenters Pension Fund v. Liberty Floors |
| 11 C 07613 | Bailey v. Rednour |
| 11 C 08578 | Gonzalez v. Hardy, et al. |
| 11 C 09173 | Deutsche Bank v. Lopez, et al. |
| 12 C 00677 | Sims v. Schafer, et al. |
| 12 C 01500 | Jones v. Officers of Record, et al. |
| 12 C 02373 | Jacobs, et al. v. Landscape Structures |
| 12 C 02957 | Wells Fargo Bank, N.A., v. Ambac Assurance Corp. |

Cases to be Reassigned From Judge Samuel Der-Yeghiayan
to the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 08 C 04248 | Bausch v. Stryker Corporation, et al. |
| 10 C 00162 | Williams v. Ghosh, et al. |
| 10 C 07480 | Byrd v. Stutzman, et al. |
| 11 C 01773 | Smith v. Family Video Movie Club, Inc. |
| 11 C 03487 | Moore v. Stateville, et al. |
| 11 C 05545 | Smith v. C.H. James Restaurant Holdings |
| 11 C 06456 | Santeler v. United States of America |
| 11 C 07401 | Laborers' Pension Fund, et al. v. Fuertes Systems, et al. |
| 11 C 07725 | Alvarez v. National Council YMCA |
| 11 C 08747 | Miles v. Hair Club for Men and Women |
| 12 C 00037 | Throw v. Stafflogix Corp. |
| 12 C 00590 | AT&T Teleholdings, Inc. v. IBEW Local 21 |
| 12 C 01381 | Pineda v. Heartland Food Corporation |
| 12 C 01853 | Suburban Teamsters Pension Fund v. Bolingbrook Redi-Mix, et al. |

Cases to be Reassigned From Judge Robert M. Dow, Jr
to the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 08 C 00644 | Restoration Specialists, LLC v. Hart |
| 09 C 01222 | Padilla v. Hunter Douglas Window |
| 10 C 02127 | Kowalski v. Tierney, et al. |
| 10 C 05118 | Seattle Children's Hospital, et al. v. Akorn, Inc. |
| 10 C 07871 | Sak, et al. v. CitiMortgage, Inc. |
| 11 C 02038 | Abrahamson v. Illinois Dept. of Financial & Prof. Regulations |
| 11 C 03758 | Arpac L.P. v. Lantech.com, LLC |
| 11 C 05452 | Jimenez Moreno, et al. v. Napolitano, et al. |
| 11 C 07160 | Voga v. Frisbee |
| 11 C 08613 | Wert, et al. v. Anderson, et al. |
| 12 C 00357 | Robles v. Kraft Foods Global, Inc. |
| 12 C 01592 | Mitchell v. Hardy, et al. |
| 12 C 02433 | Mitchell v. Astrue |
| 12 C 03227 | Deutsche Bank v. Mccamury, et al. |

Cases to be Reassigned From Judge Gary Feinerman
to the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 07 C 04369 | Parish v. Sheriff of Cook County, et al. |
| 09 C 05683 | Parks v. City of Chicago, et al. |
| 10 C 03220 | Williams v. Cook County Jail, et al. |
| 10 C 07751 | Schutter, et al.v. Easton Sports, Inc |
| 11 C 02362 | Jordan v. Benton, et al. |
| 11 C 04138 | Carpenters Pension Fund v. E.P. Doyle & Son, Inc. |
| 11 C 05654 | Moore v. Joliet Police Officer Banas |
| 11 C 06930 | Sotheby's International v. McNair, Inc., et al. |
| 11 C 08005 | Thomas v. Johnson Controls, Inc. |
| 11 C 08724 | Whitmore v. Alvarez, et al. |
| 12 C 00621 | Carroll v. Cook County |
| 12 C 01505 | CP Productions, Inc. v. Does 1-38 |
| 12 C 02443 | De Jesus v. Diversified Consultants |
| 12 C 03162 | Jaimes, et al. v. JP Morgan Chase Bank |

Cases to be Reassigned From Judge Ronald A. Guzman
to the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 08 C 03527 | Curtis, et al. v. Wilks, et al. |
| 10 C 04303 | Nevarez v. Community Unit School District 300 |
| 10 C 08173 | Matthews v. Matthews |
| 11 C 01702 | La Playita Cicero, Inc., et al. v. Town of Cicero |
| 11 C 04408 | M.E. Fields, Inc., et al. v. Nissan North America, Inc. |
| 11 C 06083 | Terry v. Beecher Police Dept., et al. |
| 11 C 08025 | Ziegler v. Asset Acceptance, LLC |
| 11 C 08758 | Kramer, et al. v. American Bank and Trust |
| 11 C 09136 | Ousterhout v. Zukowski |
| 12 C 00562 | Mixon, et al. v. Manno, et al. |
| 12 C 01297 | Gevas v. Wexford Health Sources, Inc |
| 12 C 01932 | Kostos v. James Hardie Building |
| 12 C 02734 | Road Sprinkler Fitters Local 669 v. Optimal Fire Protection |
| 12 C 03239 | Schweizer v. Commission of Social Security |

Cases to be Reassigned From Judge James F. Holderman
to the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 08 C 05913 | Rojas v. Town of Cicero, et al. |
| 10 C 05165 | O'Brien v. Sroka, et al. |
| 11 C 03100 | Will County Local 17 Carpenters Pension Fund v. MCL Carpentry |
| 11 C 06546 | Rodriguez v. Best Buy Stores |
| 11 C 08767 | Jackson v. Claridge Imperial, Ltd. |
| 12 C 01062 | Moore v. Gaetz, et al. |
| 12 C 02654 | Holshouser v. Abbott Laboratories |

Cases to be Reassigned From Judge Virginia M. Kendall
to the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 10 C 00611 | The Hanover Insurance Group v. Singles Roofing |
| 10 C 02386 | Ohio National Life Assurance Corp. v. Davis, et al. |
| 10 C 06196 | Davis v. Coleman, et al. |
| 10 C 07553 | Ramesh C. Dhingra MD, et al. v. PNC Bank |
| 11 C 01593 | Weyant v. Dart, et al. |
| 11 C 05308 | Sullivan, et al. v. Arroyo Plumbing |
| 11 C 06526 | Myron v. University of Chicago Argonne LLC |
| 11 C 07765 | Childs v. Dominicks's Finer Foods |
| 11 C 08506 | Day v. Gift of Hope |
| 11 C 09256 | Cairo v. CSX Transportation |
| 12 C 00793 | Weyerhaeuser NR Company v. Robert Bosch Tool Corp. |
| 12 C 02074 | Wells Fargo Bank v. Butler, et al. |
| 12 C 02681 | Scot Automotive, Ltd. v. Federated Service Insurance |
| 12 C 03086 | Robins, et al. v. PNC Bank, et al. |

Cases to be Reassigned From Judge Matthew F. Kennelly
to the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 07 C 04557 | Chagolla, et al. v. City of Chicago, et al. |
| 10 C 02664 | Williams, et al. v. Village of Riverdale |
| 10 C 06505 | Santillan v. Martin's Bulk Milk |
| 11 C 01302 | Cici v. Fortuna, et al. |
| 11 C 02016 | Taylor v. John Doe, et al. |
| 12 C 03430 | Kennado Taylor v. Matthews Kameron, et al. |
| 12 C 03390 | Taylor v. Judkins, et al. |
| 11 C 05440 | Zheng v. Butler Transport, Inc., et al. |
| 11 C 07030 | Sisto v. NXP Semiconductors USA, Inc. |
| 11 C 07666 | Citibank. v. Melroz Dental, LLC |
| 11 C 08749 | Local 17 Carpenters Pension Fund v. Route 66 Construction, et al. |
| 12 C 00238 | Moore v. Wilson, et al. |
| 12 C 01103 | Nieto v. The Original Granny's, Inc. |
| 12 C 01786 | HSBC Bank USA v. Immerman, et al. |
| 12 C 02465 | U.S. Bank, National Association v. Alfaro |
| 12 C 03069 | Laborers Pension Fund, et al. v. NH Environmental Group |

Cases to be Reassigned From Judge Joan Humphrey Lefkow
to the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 08 C 00137 | Lilly v. Potter, et al. |
| 09 C 04063 | Readus v. Dercola, et al. |
| 10 C 04508 | Hankins v. Best Buy Co., Inc. |
| 10 C 07681 | CHA, et al . v. Board of Directors, Galewood Crossings |
| 11 C 01581 | Bouillon v. Elkay Manufacturing Company |
| 11 C 03617 | FDIC v. Red Light Studios, Inc. |
| 11 C 05012 | Sandberg v. United States of America |
| 11 C 06811 | Martinez v. Bitzer Products Co. |
| 11 C 07728 | Washington et al.v. Immanuel Lutheran |
| 11 C 09081 | Jordan v. Blistex, Inc. |
| 12 C 00908 | Marx v. Safety-Kleen Systems, Inc., et al. |
| 12 C 01587 | Penn v. AmeriGas Propane, Inc. |
| 12 C 02197 | Northern Illinois Benefit Fund, et al. v. Gammie Plumbing |
| 12 C 02965 | Boyd v. Hardy, et al. |

Cases to be Reassigned From Judge Charles Norgle
to the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 07 C 06775 | Wisniewski, et al. v. City of Chicago |
| 09 C 04240 | Johnson v. City of Chicago Police Dept. |
| 10 C 02454 | Cosey v. Gaetz, et al. |
| 10 C 05780 | Hill v. St. James Hospital |
| 10 C 07985 | Smith v. Childress Duffy Goldbatt |
| 11 C 03195 | January v. McCorkle, et al. |
| 11 C 05057 | Friedman v. The Pension Specialists |
| 11 C 06650 | AEP River Operations, LLC v. Noramco |
| 11 C 07829 | Uhrig v. A.W. Chesterton Company |
| 11 C 08851 | Grant v. RJM Acquisitions Funding LLC |
| 12 C 00549 | Cement Masons Pension Fund v. Camp Flooring |
| 12 C 01349 | Ovalstrapping Incorporated, et al. v. Andritz |
| 12 C 02420 | Brown v. Pitt Ohio LLC |
| 12 C 03195 | J&J Sports Productions, Inc. v. Santillan, et al. |

Cases to be Reassigned From Judge Rebecca R. Pallmeyer
to the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 07 C 01722 | Pickett v. Sheridan Health Care Center |
| 09 C 04853 | Evans v. Cook County Dept. of Correction |
| 10 C 03898 | Wilson, et al. v. Dolton, et al. |
| 10 C 07009 | FDIC v. Saphir, et al. |
| 12 C 00235 | Broughton-Irving, et al. v. Saphir, et al. |
| 11 C 00979 | Roofer's Pension Fund, et al. v. Classic Roofing, Inc. |
| 11 C 02470 | PNC Bank, National Association v. Dimitrious Koulouris |
| 11 C 04247 | Rounds v. Dart, et al. |
| 11 C 04224 | Carpenters Pension Fund v. Francis |
| 11 C 06701 | Diana Vela v. United States of America |
| 12 C 00434 | Beatty v. Capital One Financial Corp |
| 12 C 01400 | Chicagoland Baptist Church v. Village of Lansing |
| 12 C 01963 | U.S. Bank, National Association v. Dunn |
| 12 C 02529 | Primepay, Inc. v. International Payment |
| 12 C 03037 | Carpenters Pension Fund v. Lamberti Concrete, et al. |

Cases to be Reassigned From Judge Amy J. St. Eve
to the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 08 C 03962 | Farmer et al. v. DirectSat USA, LLC. |
| 10 C 06139 | EEOC v. DHL Express, et al. |
| 10 C 07811 | Maremont v. Susan Fredman Design Group |
| 11 C 01987 | Deutsche Bank v. Rabin, et al. |
| 11 C 03514 | Central States Pension Fund v. Gemellaro Properties, et al. |
| 11 C 07451 | Williams v. Lagrou Cold Storage, et al. |
| 11 C 08493 | Irvin v. Northeast Illinois RR |
| 11 C 09175 | Central Contracting, Inc. v. Kenny Construction, et al. |
| 12 C 00485 | Donahue v. Northwest Collectors, Inc. |
| 12 C 01015 | Carpenters Pension Fund v. CFS Installations |
| 12 C 01473 | Janetos, et al. v. Fulton Friedman & Gullace, et al. |
| 12 C 02378 | Breen v. Commissioner of Social Security |
| 12 C 02966 | Hamilton v. University of Chicago |
| 12 C 03503 | Laborers' Welfare Fund v. Chicago Concrete and Construction |

Cases to be Reassigned From Judge James B. Zagel
to the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 07 C 05386 | Estes v. Herrera, et al. |
| 09 C 02317 | Abusharekh v. Potter |
| 10 C 00830 | Macklem, et al.v. Scharf, et al. |
| 10 C 04172 | Creamer v. Dart, et al. |
| 10 C 07448 | Hartwig Transit Inc., et al. v. RBS |
| 11 C 00943 | Russ v. American Utility Management |
| 11 C 02874 | Dahlstrom v. Advanced Vision Technology |
| 11 C 05149 | Laborers' Pension Fund v. Angel Cleaning Service, et al. |
| 11 C 06965 | Draine v. Praxis Financial Solutions |
| 11 C 08390 | Peraza et al. v. Dominick's Finer Foods |
| 12 C 00125 | Deutsche Bank National Trust Company |
| 12 C 01105 | Bank Leumi USA v. Gutmann |
| 12 C 02237 | Gray v. Cook County Municipality, et al. |
| 12 C 03048 | Deutsche Bank v. Khoshaba, et al. |

Cases to be Reassigned From Judge Marvin E. Aspen
to the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 09 C 01087 | Bass v. Hansen, et al. |
| 10 C 03010 | General Energy Corp., et al, v. Abu Dhabi National Oil Co., et al. |
| 10 C 06838 | King v. Goshe, et al. |
| 11 C 03956 | Pumponator, Inc. v. Watersports, LLC, et al. |
| 11 C 05852 | Gustafson v. Thomas, et al. |
| 11 C 08663 | Hubbard v. Redmour, et al. |
| 12 C 01187 | Goudy, et al. v. Village of Olympia Fields |

Cases to be Reassigned From Judge Elaine E. Bucklo
to the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 08 C 04254 | US ex rel. Christine Watson v. David Grossman |
| 10 C 01457 | Parker v. Chicago Tribune Company |
| 10 C 05725 | Fraley v. Watson Laboratories, Inc. |
| 11 C 03085 | McCarthy v. City of Warrenville |
| 11 C 04541 | Epting v. Berkley School District 87 |
| 11 C 06040 | Metropolitan Life Insurance v. Elium, et al. |
| 11 C 07951 | Laborers' Pension Fund v. Chicago Asphalt Patching, Inc. |
| 11 C 09024 | HSBC Bank USA v. Walton-Jackson |
| 12 C 00374 | Glaziers Welfare & Pension Funds v. Arrow Glass and Door |
| 12 C 01196 | Teamsters of Illinois Pension Fund v. Northwest Building Materials |
| 12 C 01769 | U.S. Bank National Association v. Smith, et al. |
| 12 C 02270 | Mark Holda, et al. v. P.O. Corbett, et al. |
| 12 C 02914 | Johnson v. Illinois Department of Human Services |
| 12 C 03523 | O'Donnell v. City of Country Club Hills |

Cases to be Reassigned From Judge Suzanne B. Conlon
to the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 10 C 03263 | Bell, et al. v. Village of Streamwood |
| 11 C 07391 | Santore v. Astrue |
| 11 C 08225 | Minn. Lawyers Mutual Ins. v. Bruggemann Hurst & Associates |
| 12 C 00923 | Perez, et al. v. Hop Kee Incorporated |
| 12 C 01888 | Flava Works, Inc. v. Fisher |
| 12 C 02769 | Fonseca v. Crane, et al. |
| 12 C 03277 | Johnson v. Goodwill Industries, et al. |

Cases to be Reassigned From Judge Robert W. Gettleman
to the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 08 C 04206 | Baig, et al. v. The Coca-Cola Company |
| 09 C 06001 | LifeWatch Services, Inc. v. Braemar |
| 10 C 01101 | Spread Spectrum Screening LLC v. Heidelberg USA, et al. |
| 10 C 06744 | Fudali v. Napolitano |
| 10 C 07597 | Fudali v. Napolitano |
| 11 C 01133 | Meixner v. Shelter Distribution, Inc. |
| 11 C 04474 | Harris v. Cichocki |
| 11 C 06236 | Whittington v. United of Omaha |
| 11 C 07233 | Northern Illinois Benefit Fund, et al. V. Kor Plumbing |
| 12 C 00268 | Ali, et al. v. Napolitano, et al. |
| 12 C 00813 | U.S. Bank, National Association v. Coleite, et al. |
| 12 C 01583 | Hayden v. Fresh Express Incorporated |
| 12 C 02228 | Hebron v. Yurkovich, et al. |
| 12 C 02868 | McKinnes v. Astrue |
| 12 C 03387 | Iron Workers' Pension Plan v. American Steel Works, Inc. |

Cases to be Reassigned From Judge Joan B. Gottschall to
the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 07 C 02680 | Chicago Joe's Tea Room, et al. v. Village of Broadview, et al. |
| 08 C 07404 | Pieleanu, et al. v. Mortgage Electronic Registration, et al. |
| 09 C 05974 | Berg v. Bosco Nestore and Company, et al. |
| 10 C 02023 | Dugas-Filippi ,et al. v. JP Morgan Chase |
| 10 C 06821 | Noble v. Northeast Illinois Regional RR |
| 11 C 03793 | Kingsbridge Healthcare Finance v. Sra |
| 11 C 05231 | Bronson, et al. v. Village of Dalton, et al. |
| 11 C 06645 | Robinson v. Allstate Insurance |
| 11 C 08002 | Roediger v. United Airlines, et al. |
| 11 C 09090 | Gakuba v. Kauther, et al. |
| 12 C 00772 | Lauria v. BioSante Pharmaceuticals |
| 12 C 01582 | EOS GmbH Electro Optical Systems v. Phenix Systems |
| 12 C 02311 | Singh, et al. v. Bradley Fletcher Abbott |
| 12 C 03087 | HSBC Bank v. Manuel |

Cases to be Reassigned From Judge Charles P. Kocoras
to the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 10 C 06096 | National Union Fire Insurance v. Westport Insurance Corp. |
| 11 C 00042 | Teague v. Armstead, et al. |
| 11 C 04890 | Cleversafe, Inc. v. Amplidata, Inc. |
| 11 C 08548 | Price v. Pitt Ohio Express LLC |
| 12 C 00566 | Gibbs v. City of Chicago |
| 12 C 01905 | Franklin v. Carroll, et al. |
| 12 C 03109 | Jackson v. Wexford Health Sources |

Cases to be Reassigned From Judge Harry D. Leinenweber
to the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 09 C 06041 | Gillespie, et al. v. DeVry, Inc. |
| 10 C 03968 | Horton, et al. v. City of Chicago |
| 10 C 07266 | Cement Masons Pension Fund v. Fine Line Blacktop, Inc. |
| 11 C 01334 | McCann v. Northeast Illinois Regional RR |
| 11 C 02936 | Wilson v. City of Joliet, et al. |
| 11 C 05035 | Federal Trade Commission v. Yellow Page Marketing |
| 11 C 06721 | Chicago Painters Pension Fund v. Vision Interior |
| 11 C 07802 | White v. Chicago, et al. |
| 11 C 08734 | Redmond v. Thomas Dart, et al. |
| 11 C 09320 | Johnson v. CSX Transportation, Inc. |
| 12 C 01136 | Pinnacle Performance, Inc. v. Garbis |
| 12 C 01790 | Glaziers Welfare and Pension Funds v. Schaaf Glass Co. |
| 12 C 02546 | Qtopia Incorporated v. Trend Micro, Inc. |
| 12 C 03301 | United States of America v. Schaudt |

Cases to be Reassigned From Judge Blanche M. Manning
to the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 04 C 03174 | Thompson v. Williams |
| 10 C 02253 | Mehta v. Beaconridge Home Improvement |
| 10 C 06932 | United States SEC v. Brewer, et al. |
| 11 C 03003 | Denver Series of Lockton Companies v. Alton |
| 11 C 05829 | Bailey v. Martin, et al. |
| 11 C 06369 | U.S. Bank v. Patton, et al. |
| 12 C 02502 | Deutsche Bank v. Guerrero, et al. |

Cases to be Reassigned From Judge Milton I. Shadur
to the Initial Calendar of Judge John Z. Lee

| | |
|---|---|
| 06 C 02888 | Smith v. Alter, et al. |
| 09 C 05615 | Lindenmeyer, et al.v. Home Depot |
| 10 C 04646 | Rachel-Graham v. Northwestern University |
| 10 C 07656 | Alexander Chemical Corporation v. G. S. Robins & Company |
| 11 C 02888 | Kampinen v. U.S. Department of Commerce |
| 11 C 05570 | Local 17 Carpenters Pension Fund v. Langeland Construction, et al. |
| 11 C 06799 | Eyiowuawi v. Blue Ribbon Taxi Association |
| 11 C 07936 | Beacham v. Aerotek, Inc. |
| 11 C 08970 | Carpenters Pension Fund v. National Convention Services |
| 12 C 00196 | Chicago Area Joint Welfare Committee v. Sauve's Tuckpointing |
| 12 C 01295 | Dunbar v. Officer Grode, et al. |
| 12 C 01957 | Deutsche Bank v. Hurtado, et al. |
| 12 C 02619 | Chicago Tile Inst. Welfare Plan v. C.E. Korsgard Company |
| 12 C 03253 | Malagon v. ITS Technologies & Logistics |