UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that an Order of the Executive Committee was entered on June 4, 2012 reassigning cases from the judges of this Court to form the initial calendar of the Honorable John Lee, and

It further appearing that Judge Lee has recused himself from presiding over 12 CV 1505, *CP Prods. v. Does*, previously pending before the Hon. Gary Feinerman, therefore.

Following the procedures approved by the Court for the creation of an initial calendar, 12 CV 1505, *CP Prods. v. Does*, is hereby reassigned to Judge Feinerman who may identify a case requiring like judicial effort for disposition to be reassigned to Judge Lee as a replacement for 12 CV 1505.

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated at Chicago, Illinois this 8th day of June, 2012